IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02604-WDM-BNB

LISA LEE

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the conference this morning:

IT IS ORDERED that a supplemental pretrial conference is set for **June 10, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised pretrial order, modified as discussed at the conference today, and submit it to the court on or before **June 3, 2008**.

IT IS FURTHER ORDERED that a settlement conference will be held on **May 1, 2008, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the

presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **April 24, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated April 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge