IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 06-cv-02604-PAB-BNB | FTR BNB COURTROOM A-401 |
|---|---|
| **Date:** March 25, 2009 | Geneva D. Mattei, Deputy Clerk |

| LIDA LEE, | Brian Murphy |
|---|---|
| Plaintiff, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation | David Leigh |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:    8:34 a.m.

Court calls case.

Appearance by counsel.

Discussion regarding the status of the case.

**ORDERED:** Motion for settlement conference and request for amended pretrial order filed 3/18/09 Doc. [60] is granted as stated on the record. The parties shall submit a revised exhibit list on or before April 3, 2009.

**ORDERED:** A Settlement Conference is set for April 9, 2009 at 3:00 p.m. Updated settlement letters are due on or before April 3, 2009.

Court in Recess:    8:42 a.m.    Hearing concluded.    Total time in Court:    00:08

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.