IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02604-PAB-BNB

LISA LEE

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the defendant's **Motion for Settlement Conference and Request for Order for Amended Pretrial Order** [Doc. # 60, filed 3/18/2009] (the "Motion"). The parties appeared this morning for a hearing on the Motion. Consistent with the matter discusses at the hearing:

IT IS ORDERED the Motion is GRANTED as follows:

(1) A settlement conference is set for **April 9, 2009, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **April 3, 2009**, outlining the facts and issues in the case and containing a specific offer of

compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement; and

(2) The parties are directed to confer and submit a revised final pretrial order on or before **April 3, 2009**. In the event the parties are unable to agree and if the case does not settle at the settlement conference, I will consider whether further relief is necessary.

Dated March 25, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge