IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02604-PAB-BNB

LISA LEE

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 23, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER ORDERED that the supplemental final pretrial conference set for April 17, 2009, at 8:30 a.m., and the deadlines established by my minute order of April 6, 2009 [Doc. # 68], are VACATED

Dated April 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge